**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In re | CHAPTER 11 |
| **HEATING OIL PARTNERS, LP,** | Case No. 05-51271 (AHWS) |
| **Debtor.** | |

### APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a)(1) of the Bankruptcy Code, the United States Trustee for the District of Connecticut hereby appoints the following five creditors of the above-captioned debtor, which creditors are among the twenty largest unsecured claimants and have indicated a willingness to serve, to the committee of unsecured creditors:

**AIM Tank Service Co.**
Bernadette Solari, President
166 Ryerson Avenue
Wayne, NJ   07470
Telephone:  (973) 633-5275
Fax: (973) 633-0306

**Sid Harvey Industries, Inc.**
Russell Tumsuden, Sr. Vice President
605 Locust Street
Garden City, NY   11530
Telephone:  (516) 745-9240
Fax: (516) 745-1508

**Ferguson Enterprises**
Robert F. Brannan, Sr. Credit Manager
7030 Troy Hill Drive, 700 B
Elkridge, MD   21075
Telephone:  (410) 540-4880
Fax: (410) 796-7888

**Ridgewood Corporation**
Frank Geramita, Chief Financial Officer
2 Bailey Farm Road
P. O. Box 1082
Harriman, NY   10926
Telephone: (845) 782-8875
Fax: (845) 774-4068

**A T & T Corporation**
Raymond Blatz, Director
200 South Laurel Avenue
Room E2-2838
Middletown, NJ   07748
Telephone: (732) 420-4403
Fax: (732) 368-6675

Dated: New Haven, Connecticut
         November 14, 2005

cc: Members of the Creditors' Committee

/s/ Deirdre A. Martini
DEIRDRE A. MARTINI
UNITED STATES TRUSTEE
Region 2
44 Whitehall Street, 21st Floor
New York, NY 10004
(212) 510-0500