UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re<br><br>HEATING OIL PARTNERS, L.P., et al.,<br><br>Debtors-in-Possession | Chapter 11<br>Case No.   05-51271 (AHWS)<br>            05-51272 (AHWS)<br>            05-51274 (AHWS)<br><br>Jointly Administered |

**ORDER AUTHORIZING
DEBTORS TO EMPLOY AND APPOINT
APPRAISER, HILCO APPRAISAL SERVICES**

THIS MATTER came before the Court upon the above captioned Debtors' Motion for Order Authorizing Debtors to Employ and Appoint Appraiser, Hilco Appraisal Services (the "Motion"), the Court having reviewed the Motion and file herein, there being due and sufficient notice of the relief requested, and the Court being otherwise duly advised, it is therefore:

ORDERED, that the Debtors are authorized to retain Hilco Appraisal Services to perform the appraisal services pursuant to and as set forth in the engagement letter attached to the Debtors' Motion as Exhibit "A" and incorporated therein; and it is further

ORDERED, that fees and expenses to Hilco Appraisal Services shall be subject to appropriate application, notice, and review of this Court, and it is further

ORDERED, that the Debtors are authorized to execute any and all documents to effectuate the terms and provisions of this Order.

Dated: May 1, 2006

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge